# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, New Jersey 07102-3017   Tel: (973) 624-0800   Fax: (973) 624-0808

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Limited Liability Partnership of NY*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

| | | | | |
|---|---|---|---|---|
| JAMES CRAWFORD ORR | JAMES S. REHBERGER | www.wilsonelser.com | KURT H. DZUGAY | C. TY NGUYEN |
| WILLIAM J. RINA | JOSEPH T. HANLON | | GINA CALABRIA | JESSICA BRENNAN |
| THOMAS F. QUINN | ROBERT LESKO | | JOHN W. WILLIAMS | KATHERINE POTTER |
| BARBARA HOPKINSON KELLY | RENEE J. SHERMAN | | SHAUN S. McGREGOR | MELISSA D. LANDAU |
| CAROLYN F. O'CONNOR | ROBERT T. GUNNING | | KIM M. CONNOR | KAREN D. PECK |
| KENNETH M. BROWN | GREGG S. KAHN | | PETER A. SWIFT | JOHN W. ROESER |
| DANIEL F. FLORES | MAXWELL L. BILLEK | | ERIC T. EVANS | STEPHANIE RUFFO |
| KURT W. KRAUSS | JOANNA PIOREK | | GREGORY T. FOOTE | JILLIAN ACKERMANN |
| WILLIAM P. KRAUSS | | | JULIE VON BEVERN | LOUIS PERAGGINE |
| MICHAEL J. NAUGHTON | OF COUNSEL | | BRUCE W. McCOY, JR. | ANDREW F. BAIN |
| JOSEPH A. GALLO | ROBERT C. NEFF, JR. | | MICHAEL L. SOLOMON | BRENDAN P. McCARTHY |
| ROBERT A. BERNS | JOHN P. O'TOOLE | | DANIEL E. ZEMSKY | |
| KELLY A. WATERS | SUNA LEE | | | |
| BRIAN J. WHITEMAN | CHRISTOPHER W. McCLANAHAN | | | |
| SUSAN KARLOVICH | LINDA K. SMITH | | | |
| MATTHEW S. MAHONEY | TANA BUCCA | | | |
| KEVIN C. DONOVAN | | | | |

KEITH O. VON GLAHN (1952-2007)

March 9, 2011

**BY ELECTRONIC FILING**
Honorable Faith S. Hochberg, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building, Room 369
P.O. Box 999
Newark, New Jersey 07101-0999

> **Re:   American General Life Insurance Company v. Sussex 130 LLP, et al.**
> **Our File No.: 07478.00649**
> **Civil Action No. 2:09-cv-5097 (FSH/PS)**

Dear Judge Hochberg:

We represent plaintiff American General Life Insurance Company in connection with this matter.  Enclosed is a proposed form of Consent Order of Dismissal only as to the Non-Broker Defendants, with prejudice and without costs and/or attorneys' fees to any party.  If the proposed form of Consent Order meets with your Honor's approval, we respectfully request that your Honor sign the Consent Order and cause it to be filed.  We thank your Honor for your Honor's attention to this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Gregg S. Kahn

GSK/Enclosure
cc:   Jeffrey Greenbaum, Esq. (w/enclosure)
      Megan Poetzel, Esq. (w/enclosure)
      Paul Linker, Esq. (w/enclosure)

1144760.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | : |
| | : |
| | : Civil Action No: 2:09-cv-5097 (FSH/PS) |
| Plaintiff, | : |
| | : |
| vs. | : **CONSENT ORDER OF DISMISSAL** |
| | : **ONLY AS TO SUSSEX 130, LLP,** |
| SUSSEX 130 LLP, CANYON FUNDING TRUST, | : **CANYON FUNDING TRUST, WELLS** |
| WELLS FARGO BANK, N.A., SCOTT ULVEN, | : **FARGO BANK, N.A. AND SCOTT** |
| RAMPART AMERICA LLC, MICHAEL | : **ULVEN, WITH PREJUDICE AND** |
| STRULOWITZ, and JOHN DOES 1- 10, | : **WITHOUT COSTS AND/OR** |
| | : **ATTORNEYS' FEES TO ANY PARTY** |
| Defendants. | : |
| | : |

THIS MATTER having been opened to the Court by plaintiff American General Life Insurance Company ("plaintiff"), and defendants Sussex 130, LLP, Canyon Funding Trust, Wells Fargo Bank, N.A. and Scott Ulven (collectively the "Non-Broker Defendants"), for an order pursuant to Rule 41 of the Federal Rules of Civil Procedure dismissing all remaining claims (with the exception of plaintiff's claims against defendant Michael Strulowitz), including plaintiff's Amended Complaint as to the Non-Broker Defendants and the Counterclaim of Canyon Funding Trust and Wells Fargo Bank, N.A., as Collateral Agent, in their entirety with prejudice and without costs and/or attorneys' fees to any party as against the other party; and

IT APPEARING that the parties have consented to the form and entry of this order, and for good cause shown;

1106181.1

IT IS on this _____ day of _____, 2011,

ORDERED that all remaining claims (with the exception of plaintiff's claims against defendant Michael Strulowitz), including plaintiff's Amended Complaint against the Non-Broker Defendants and the Counterclaim of Canyon Funding Trust and Wells Fargo Bank, N.A., as Collateral Agent, be and hereby are dismissed in their entirety with prejudice and without costs and/or attorneys' fees.

_____
                                                                                U.S.D.J.

We hereby consent to the form and entry of the above Order.

| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** 33 Washington Street Newark, New Jersey 07102-3017 Attorneys for Plaintiff American General Life Insurance Company | **SILLS CUMMIS & GROSS P.C.** One Riverfront Plaza Newark, New Jersey 07102 Attorneys for Defendants Sussex 130, LLP, Canyon Funding Trust, Wells Fargo Bank, N.A. and Scott Ulven |
|---|---|
| *[signature]* _____ Gregg S. Kahn, Esq. Dated: March __9__, 2011 | *[signature]* _____ Jeffrey N. Greenbaum, Esq. Dated: March __8__, 2011 |
| | |

1106181.1