# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, New Jersey 07102-3017   Tel: (973) 624-0800   Fax: (973) 624-0808

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
*Limited Liability Partnership of NY*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

JAMES CRAWFORD ORR
WILLIAM J. RUNA
THOMAS F. QUINN
BARBARA HOPKINSON KELLY
CAROLYN F. O'CONNOR
KENNETH M. BROWN
DANIEL F. FLORES
KURT W. KRAUSS
WILLIAM P. KRAUSS
MICHAEL J. NAUGHTON
JOSEPH A. GALLO
ROBERT A. BERNS
KELLY A. WATERS
BRIAN J. WHITEMAN
SUSAN KARLOVICH
MATTHEW S. MAHONEY
KEVIN C. DONOVAN

JAMES S. REHBERGER
JOSEPH T. HANLON
ROBERT LESKO
RENEE J. SHERMAN
ROBERT T. GUNNING
GREGG S. KAHN
MAXWELL L. BILLEK
JOANNA PIOREK

OF COUNSEL
ROBERT C. NEFF, JR.
JOHN P. O'TOOLE
SUNA LEE
CHRISTOPHER W. McCLANAHAN
LINDA K. SMITH
TANA BUCCA

www.wilsonelser.com

KURT H. DZUGAY
GINA CALABRIA
JOHN W. WILLIAMS
SHAUN S. McGREGOR
KIM M. CONNOR
PETER A. SWIFT
ERIC T. EVANS
GREGORY T. FOOTE
JULIE VON BEVERN
BRUCE W. McCOY, JR.
MICHAEL L. SOLOMON
DANIEL E. ZEMSKY

C. TY NGUYEN
JESSICA BRENNAN
KATHERINE POTTER
MELISSA D. LANDAU
KAREN D. PECK
JOHN W. ROESER
STEPHANIE RUFFO
JILLIAN ACKERMANN
LOUIS PERAGGINE
ANDREW F. BAIN
BRENDAN P. MCCARTHY

KEITH G. VON GLAHN (1952-2007)

March 21, 2011

**BY ELECTRONIC FILING**
Honorable Faith S. Hochberg, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building, Room 369
P.O. Box 999
Newark, New Jersey 07101-0999

    Re: American General Life Insurance Company v. Sussex 130 LLP, et al.
       Our File No.: 07478.00649
       **Civil Action No. 2:09-cv-5097 (FSH/PS)**

Dear Judge Hochberg:

    We represent plaintiff American General Life Insurance Company in connection with this matter. Enclosed is a proposed form of Consent Order of Dismissal only as to defendant Michael Strulowitz, with prejudice and without costs and/or attorneys' fees to any party. If the proposed form of Consent Order meets with your Honor's approval, we respectfully request that your Honor sign the Consent Order and cause it to be filed. In addition, in light of the aforementioned, Consent Order of Dismissal, plaintiff hereby withdraws its motion for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), returnable April 4, 2011.

    We thank your Honor for your Honor's attention to this matter.

    Respectfully submitted,

    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

    */s/ Gregg S. Kahn*
    Gregg S. Kahn

GSK/Enclosure
cc: Paul Linker, Esq. (w/enclosure)

1153139.1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SUSSEX 130 LLP, CANYON FUNDING TRUST, WELLS FARGO BANK, N.A., SCOTT ULVEN, RAMPART AMERICA LLC, MICHAEL STRULOWITZ, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No: 2:09-cv-5097 (FSH/PS) <br><br> **CONSENT ORDER OF DISMISSAL ONLY AS TO MICHAEL STRULOWITZ, WITH PREJUDICE AND WITHOUT COSTS AND/OR ATTORNEYS' FEES TO ANY PARTY** |

**THIS MATTER** having been opened to the Court by plaintiff American General Life Insurance Company ("plaintiff") and defendant Michael Strulowitz ("Strulowitz"), for an order pursuant to Rule 41 of the Federal Rules of Civil Procedure dismissing all remaining claims, including plaintiff's Amended Complaint as to Strulowitz, in its entirety with prejudice and without costs and/or attorneys' fees to any party as against the other party; and

IT APPEARING that the parties have consented to the form and entry of this order, and for good cause shown;

IT IS on this _____ day of _____, 2011,

1152216.1

ORDERED that all remaining claims, including plaintiff's Amended Complaint against Strulowitz, be and hereby are dismissed in their entirety with prejudice and without costs and/or attorneys'. fees.

_____
U.S.D.J.

We hereby consent to the form and entry of the above Order.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>33 Washington Street<br>Newark, New Jersey 07102-3017<br>Attorneys for Plaintiff<br>American General Life Insurance Company<br><br>_____<br>Robert P. Lesko, Esq.<br>Gregg S. Kahn, Esq.<br>Dated: March 21, 2011 | GRUHIN & GRUHIN, P.A.<br>155 Prospect Avenue, Suite 100<br>West Orange, New Jersey 07052<br>Attorneys for Defendant<br>Michael Strulowitz<br><br>_____<br>Paul J. Linker, Esq.<br><br>Dated: March 17, 2011 |

2

1152216.1